**COURTROOM DEPUTY'S MINUTES**        **MIDDLE DISTRICT OF ALABAMA**

---

☑ **INITIAL APPEARANCE**      **DATE: August 2, 2006**
☐ BOND HEARING
☐ DETENTION HEARING      Digital Recording 2:00 - 2:07
☐ PRELIMINARY (EXAMINATION)(HEARING)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker      **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:06mj77-SRW      **DEFENDANT NAME:** Kristofor L. Thornton

**AUSA:** Verne Speirs      **DEFT. ATTY:** Robert Illman

     **Type Counsel:** ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

**USPO/USPTS:** David Conoly

**Interpreter needed:** (√) NO; ( ) YES    Name:

---

| | |
|---|---|
| √ | Date of Arrest August 2, 2006 or ☐ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| √ | √ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed |
| ☐ | Detention Hearing ☐ held; ☐ set for |
| ☐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ☐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ☐ | Release order entered. Deft advised of conditions of release |
| ☐ | ☐ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ☐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ☐ | Bond not executed. Defendant to remain in Marshal's custody |
| √ | Deft. ORDERED REMOVED to originating district |
| √ | Waiver of ☐ preliminary hearing; √ Waiver Rule 32.1 hearing |
| ☐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ☐ | ARRAIGNMENT ☐HELD. Plea of NOT GUILTY entered. ☐Set for DISCOVERY DISCLOSURE DATE: |
| ☐ | WAIVER of Speedy Trial.     CRIMINAL TERM: |
| ☐ | NOTICE to retained Criminal Defense Attorney handed to counsel |