✎ AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

UNITED STATES OF AMERICA
V.
KRISTOFOR L. THORNTON

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | CVB FL/AL NA9 D007147, D007148, D007149 | 2:06mj77-SRW | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment   ☐ Information   ☐ Complaint   X Other   Petition for Revocation of Supervised Release

**charging a violation of**          U.S.C. §

**DISTRICT OF OFFENSE**
NORTHERN DISTRICT OF ALABAMA

**DESCRIPTION OF CHARGES:**

Speeding
Driving Under the Influence (2nd)
Driving With Suspended License

**CURRENT BOND STATUS:**

☐ Bail fixed at                   and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**  ☐ Retained Own Counsel   X Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   X No   ☐ Yes   Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| August 4, 2006 | /s/ Susan Russ Walker |
|---|---|
| Date | Judge |

**RETURN**

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |